Thomas Coats v. The State.

No. 7191.   Decided November 15, 1922.

Vagrancy—Recognizance—Practice on Appeal.

Where, upon appeal from a conviction of vagrancy, the recognizance was faulty in failing to state the punishment assessed and was defective in other respects, in substance and in form, the appeal is dismissed.

Appeal from the County Court of Dallas.   Tried below before the Honorable T. A. Work.

Appeal from a conviction of vagrancy; penalty, a fine of $100.

The opinion states the case.

No brief on file for appellant.

R. G. Storey, Assistant Attorney General, for the State.

MORROW, Presiding Judge.— The conviction is for the offense of vagrancy; punishment fixed at a fine of one hundred dollars.

The recognizance is defective in that it fails to comply, in substance or in form, with the statute, Article 919, Code of Criminal Procedure.   It is particularly faulty in failing to state the punishment assessed.

The State's motion to dismiss upon this ground is sustained.

The appeal is dismissed.

*Dismissed.*